[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 1, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-13840
Non-Argument Calendar

_____

D. C. Docket No. 04-00374-CR-T-30-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FABIO JAVIER CAICEDO-GUTIERREZ,
a.k.a. Fabio,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 1, 2007)**

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Duilio A. Espinosa-Montalban, Esq., appointed counsel for Fabio Javier

Caicedo-Gutierrez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct.  Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED**, and Caicedo-Gutierrez's conviction and sentence are **AFFIRMED**.